**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Dongguan Jinfeng Trading Co., Ltd.,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A,**<br><br>**Defendants.** | **Misc. No.: 26-mc-00504**<br><br>**~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE REDACTED CASE-INITIATING MATERIALS AND LIMITED SEALING OF RELATED TRO EXHIBITS** |

Upon consideration of Plaintiff's application under Section 6.15 of the Southern District of New York Electronic Case Filing Rules & Instructions, the materials submitted in support, and the presumption of public access to judicial documents, the Court finds that limited temporary sealing of the identifying materials specified below is warranted to permit consideration of Plaintiff's anticipated ex parte application. These materials contain interrelated seller names, account identifiers, accused ASINs, URLs, listing images, and transaction information that may identify the accounts targeted for relief. During the limited initial period, public disclosure may compromise consideration of that application. Because identifiers recur throughout these materials, public cover-page placeholders are permitted subject to further review by the assigned District Judge.

It is ORDERED:

1. Plaintiff may commence a publicly accessible civil action by publicly filing the Complaint and Exhibit A and filing Schedule A and Complaint Exhibits B and C under seal, with

corresponding public placeholder cover pages, in accordance with ECF Rule 6.15 and the Clerk's instructions.

2. In connection with the anticipated ex parte temporary restraining order application in the resulting civil action, Plaintiff is also granted temporary leave to file under seal Exhibit D and Annex 1 to the proposed TRO, insofar as they identify the Defendant accounts or accused listings. Plaintiff may submit corresponding public placeholder cover pages. To the extent Schedule A or Complaint Exhibits B and C are also submitted with the TRO application, the same temporary sealing authorization applies to those copies.

3. This Order does not seal the civil action as a whole or authorize sealing of the Complaint, Exhibit A (the patent), the TRO motion, memorandum of law, supporting declarations, or operative text of the proposed TRO. Nor does it grant ex parte relief, authorize an asset restraint, or determine compliance with Rule 65.

4. The temporary sealing authorized here shall remain in place unless and until otherwise ordered by the Court. The assigned District Judge may narrow, modify, or vacate the sealing upon review of the TRO application or at any other time. Plaintiff shall comply with any subsequent direction concerning public versions, narrower redactions, or unsealing.

5. This Order authorizes the filing structure stated above, subject to the Clerk's procedures and the assigned District Judge's authority. It does not dispense with any separate filing, service, or motion requirement that the assigned District Judge may impose.

SO ORDERED.

Dated: October 20, 2026
New York, New York

Edgardo Ramos, U.S.D.J.
Part I